**Order entered October 23, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00608-CR
No. 05-18-00609-CR
No. 05-18-00610-CR

**BRANDON RASHAD BURTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-00846-U, F17-55788-U, F16-51151-U**

## ORDER

The reporter's record was due in these appeals on September 13, 2018. By postcard dated September 18, 2018, we notified court reporter Sasha Brooks that the reporter's record was overdue and directed her to file it within thirty days. To date, Ms. Brooks has not filed the reporter's record or communicated with the Court to request an extension.

Therefore, the Court **ORDERS** the trial court to make findings of fact regarding whether appellant has been deprived of the reporter's record because of ineffective counsel, indigence, or for any other reason.

- The trial court shall first determine whether appellant desires to prosecute the appeals. If the trial court determines that appellant does not desire to prosecute the appeals, it shall make a finding to that effect.

- If the trial court determines that appellant desires to prosecute the appeals, it shall next determine whether appellant is indigent and entitled to proceed without payment of costs for the reporter's record. If appellant is entitled to proceed without payment of costs, the trial court shall make a finding to that effect. Moreover, if the appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel. If the trial court finds appellant is not indigent, it shall determine whether retained counsel has abandoned the appeals.

- The trial court shall next determine: (1) the name and address of each court reporter who recorded the proceedings in these causes; (2) the court reporter's explanation for the delay in filing the reporter's record; and (3) the earliest date by which the reporter's record can be filed.

We **ORDER** the trial court to transmit a record, containing the written findings of fact, any supporting documentation, and any orders, to this Court within **THIRTY DAYS** of the date of this order.

The appeals are **ABATED** to allow the trial court to comply with this order. The appeals shall be reinstated when the findings are received or at such other time as the Court deems appropriate.

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District

Court; Sasha Brooks, official court reporter, 291st Judicial District Court; and to counsel for the parties.

/s/     LANA MYERS
           JUSTICE